UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HEARD,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DONALD TRUMP,  )<br>  )<br>       Defendant.  ) | Case: 1:17-cv-00461<br>Assigned To : Unassigned<br>Assign. Date : 3/14/2017<br>Description: Pro Se Gen. Civ. **(F-DECK)** |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. Generally, plaintiff seeks "injunctive relief to stop the defendant from taking office until we . . . know if the defendant has committed any crime, or civil disobedience to the constitution[,] to this nation, and laws of this land." Compl. at 8-9 (page numbers designated by the Court).

Defendant took the oath of office on January 20, 2016, and the Court dismisses plaintiff's claim as moot. *See Steffel v. Thompson*, 415 U.S. 452, 460 n.10 (1974) (noting "that an actual controversy must be extant at all stages of review, not merely at the time the complaint is filed"); *True the Vote, Inc. v. IRS*, 831 F.3d 551, 558 (D.C. Cir. 2016); *Jeong Seon Han v. Lynch*, No. 16-CV-0601, 2016 WL 7209628, at *5 (D.D.C. Dec. 12, 2016).

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 3/3/17

_____
United States District Judge